# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1360

_____

Murphy M. Hubbard,            *

                              *

        Appellant,      *

                              *   Appeal from the United States

     v.                  *   District Court for the Western

                              *   District of Missouri.

United States,            *

                              *     [UNPUBLISHED]

        Appellee.       *

_____

Submitted:  December 28, 2007
Filed: January 7, 2008

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

      Murphy M. Hubbard appeals the district court's[1] denial of his petition to quash an Internal Revenue Service (IRS) summons. Having carefully reviewed the record and considered Hubbard's arguments, we conclude that the district court did not clearly err in denying the petition. See United States v. Kaiser, 397 F.3d 641, 643 (8th Cir. 2005). We reject Hubbard's due process argument and note that the district court in fact considered his untimely reply to the IRS's show-cause response. We decline

_____

      [1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

to consider additional claims that Hubbard asserts for the first time on appeal.  <u>See</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914 (8th Cir. 2004).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____